### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMBER CHAUDRY,<br><br>  Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>  Defendant. | Civil Case No.: 2:22-cv-01221<br><br>Hon. Judge W. Scott Hardy |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS the parties have reached a settlement of all matters in this controversy and agreed that all claims asserted in this action by Plaintiff should be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees;

WHEREAS Defendant Amazon.com Services LLC ("Amazon") denies the claims asserted in this action, denies that it has violated the Magnuson Moss Warranty Act ("MMWA"), 15 U.S.C. § 2301, *et seq.*, or any other law, and denies that a class can be certified;

WHEREAS Amazon nonetheless has agreed to implement certain practice changes that Plaintiff believes adequately address her concerns in this action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that all claims asserted in this action be dismissed with prejudice, and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: January 23, 2023

Respectfully Submitted,

*/s/ Edwin J. Kilpela, Jr.*

Edwin J. Kilpela, Jr., PA ID # 201595
Elizabeth Pollock-Avery, PA ID# 314841
Kenneth A. Held, PA ID # 330442
LYNCH CARPENTER, LLP
1133 Penn Ave, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
ekilpela@lcllp.com
elizabeth@lcllp.com
ken@lcllp.com

EAST END TRIAL GROUP LLC
Kevin Tucker, PA ID # 312144
Kevin J. Abramowicz, PA ID # 320659
Chandler Steiger, PA ID # 328891
Stephanie Moore, PA ID # 329447
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208 Tel.
(412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff Amber Chaudry*


*/s/   Kathryn E. Cahoy*

Kathryn E. Cahoy (*pro hac vice*)
kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, CA 94306
Tel: (650) 632-4700
Fax: (650) 632-4800

Michael S. Nelson, Esq.
Pa. Bar No. 78846
michael.nelson@klgates.com
Laura K. Veith
Pa. Bar No. 321680
laura.veith@klgates.com

2

K&L Gates LLP
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
T: (412) 355-6500
F: (412) 355-6501

*Counsel for Defendant Amazon.com Services Inc.*